175 A.3d 148

**ROUNDTREE, Burchelt**

v.

**STATE of Maryland**

**Pet. Docket No. 255, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1104, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 148

**SIENA, Tanasha Earlene**

v.

**STATE of Maryland**

**Pet. Docket No. 343, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1138, Sept.Term, 2015).

Petition for writ of certiorari denied